

**Fox Rothschild LLP**
ATTORNEYS AT LAW

75 Eisenhower Parkway, Suite 200
Roseland, NJ 07068-1600
Tel 973.992.4800  Fax 973.992.9125
www.foxrothschild.com

Robert J. Rohrberger
Direct Dial:  (973) 994-7543
Email Address:  rrohrberger@foxrothschild.com

March 9, 2011

**BY EMAIL (njdnef_hayden@njd.uscourts.gov)**
Honorable Katharine Hayden
U.S. District Court Judge
United States District Court
District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

Re:   **Control Screening, LLC v. Integrated Trade Systems, Inc.**
      **Case No.  2:10-cv-00499-KSH-PS**

Dear Judge Hayden:

We represent defendant, Integrated Trade Systems, Inc. ("ITS") and Pemex-Petroquimica ("Pemex") in the above referenced matter. On February 8, 2011, Pemex filed a motion to dismiss pursuant to Rule 12(b), returnable on March 7, 2011. Plaintiff, Control Screening, LLC ("Plaintiff") requested an adjournment of the motion to March 21, 2011, which was granted.

Plaintiff's opposition papers were thereafter due on Monday, March 7, 2011. However, the only papers filed by Plaintiff on March 7, 2011 were two declarations, neither of which referenced a forthcoming brief. Local Federal Rule of Civil Procedure 7.1(d)(2) requires the party opposition a motion to file a brief. It was not until the following evening, at 7:35 p.m. on Tuesday, March 8, 2011 that Plaintiff finally filed its Brief in Opposition.

Due to Plaintiff's late filing of its Brief in Opposition, Pemex respectfully requests that the Court adjourn the return date of Pemex's motion to dismiss to the next available return date, April 4, 2011. Pemex would therefore have until March 28, 2011 to submit its reply. Pemex has conferred with Plaintiff's counsel and Plaintiff does not object to Pemex's request.

Respectfully submitted,

*Robert J. Rohrberger*
Robert J. Rohrberger

cc:   Daniel E. Somers, Esq. (By e-mail)

*[Handwritten annotation: Request granted in part: reply papers to be filed no later than March 17, 2011. KHayden USDJ 3/10/11]*

California    Connecticut    Delaware    Florida    Nevada