UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CONTROL SCREENING, LLC

                    Plaintiff,

v.                                                   Civ. Action No. 10-499 (KSH)

INTEGRATED TRADE SYSTEMS, INC., and
PEMEX-PETROQUIMICA,

                    Defendants.                        **ORDER**

**KATHARINE S. HAYDEN, U.S.D.J.**

        This matter having come before the Court by way of plaintiff's motion [D.E. 36] to vacate Magistrate Judge Patty Shwartz's order transferring the action to the Southern District of Texas [D.E. 34], and by way of defendant PEMEX-Petroquímica's motion to transfer the action to the Southern District of Texas [D.E. 47]; and the Court having considered the parties' arguments and written submissions; and for the reasons stated in the Court's Opinion filed herewith,

        **IT IS** on this 3rd day of August, 2011,

        **ORDERED** that Judge Shwartz's order transferring the action to the Southern District of Texas is **affirmed**, and plaintiff's motion to vacate that order is **denied**; and it is further,

        **ORDERED** that PEMEX-Petroquímica's motion to transfer the action to the Southern District of Texas is **granted**, and PEMEX's motions to dismiss for insufficient process, insufficient service of process, lack of personal jurisdiction, improper venue, forum non conveniens, and lack of subject matter jurisdiction are **denied as moot**.

                                                          /s/ Katharine S. Hayden
                                                          Katharine S. Hayden, U.S.D.J.